UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAY CHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   25-00681 (UNA) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA *et al*., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a complaint and an application to proceed *in forma pauperis* (IFP).  For the following reasons, the Court grants the IFP application and dismisses the complaint.

Plaintiff, a resident of Washington, D.C., sues the District of Columbia and the states of Maryland, California, and Texas for "$147500000000000000000000 U.S. Dollars."  Compl., ECF No. 1 at 4.  Plaintiff complains about "repeated wrongful parking tickets issued by Cobb, C et al. from 2017 to Feb. 20, 2025" *id*., at 5, in the District of Columbia, *see id*. at 2, and "repeated assault and bullying from Black perpetrators," *id*. at 5.  Plaintiff alleges that from 2018 to 2025, "Black perpetrators intentionally brought me all kinds of damages, losses, trauma, pain, suffering, irreparable injury" and "significant economic damages and losses[.]"  *Id*.  In addition to the astronomical sum of money,  Plaintiff seeks a "criminal prosecution against Cobb, C et al.," and a sweeping "permanent barring notice . . . against all people in the United States."  *Id*.

Plaintiff has not alleged a single fact about defendants Maryland, California, and Texas and identified a basis for waiving each state's Eleventh Amendment immunity.[1] Nor has Plaintiff alleged a coherent set of facts to "give the [District] fair notice" of a claim and "the grounds upon which it rests." *Jones v. Kirchner*, 835 F.3d 74, 79 (D.C. Cir. 2016) (cleaned up); *see Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973) (a private citizen "lacks a judicially cognizable interest in the [criminal] prosecution . . . of another"). Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are frivolous actions subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, this case will be dismissed by separate order.

Date: June 20, 2025

_____/s/_____
AMIT P. MEHTA
United States District Judge

---

[1] The Eleventh Amendment to the U.S. Constitution provides: "The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State." U.S. Const. amend. XI.